UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES,

             NO. CR-S-03-0127 WBS

  v.

MERVIN L. LEE, JR.,       ORDER

    Defendant.

----oo0oo----

    Defendant, MERVIN L. LEE, JR., has filed a petition for relief pursuant to 28 U.S.C. § 2255. The United States Attorney shall file a response to the Motion on or before July 6, 2005. Defendant shall file his reply, if any, on or before July 20, 2005. The matter will then be taken under submission.

    IT IS SO ORDERED.

DATED: June 6, 2005.

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE