UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA

        Plaintiff,

  v.

MERVIN LEROY LEE, JR.

        Defendant.

NO. CR. S-03-0127 WBS

ORDER

----oo0oo----

        Defendant has filed a petition to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The government has moved to dismiss the petition.  The government's motion must be granted, and defendant's petition must be dismissed, because as part of his written plea agreement defendant waived his right to bring a § 2255 petition.  See Part VII(B), page 5, of defendant's plea agreement filed February 25, 2004; United States v. Abarca, 985 F.2d 1012, 1013 (9th Cir. 1993).

        Further, defendant's first ground, that his sentence was unconstitutional under Blakely v. Washington, 124 S.Ct. 2531

1

(2004), is rendered moot by the Supreme Court's more recent decision in United States v. Booker, 125 S.Ct. 738 (2005). His second ground, that the Bureau of Prisons has improperly failed to give him credit for time served, may not be raised by a § 2255 petition. United States v. Espinoza, 866 F.2d 1067, 1071 (9th Cir. 1988).

     IT IS THEREFORE ORDERED that defendant's petition under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence be, and the same hereby is, DISMISSED.

DATED: August 16, 2005

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE