PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Mervin Leroy LEE, Jr. |
| **Docket Number:** | 2:03CR00127-01 |
| **Offender Address:** | Camp Connell, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 05/26/2004 |
| **Original Offense:** | 18 USC 931(a) - Possession of Body Armor by a Violent Felon (CLASS E FELONY); 21 USC 844 - Possession of Methamphetamine (CLASS A MISDEMEANOR) |
| **Original Sentence:** | 30-months custody of the Bureau of Prisons on Count 2 and 12-months custody of the Bureau of Prisons on Count 3, to run concurrently; 12-months supervised release to commence upon release per both counts to run concurrently; $125 special assessment. |
| **Special Conditions:** | Warrantless search and seizure; Participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse; Participate in a program of testing (i.e., breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol; Participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 05/18/2006 |
| **Assistant U.S. Attorney:** | Richard J. Bender        **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Timothy L. Zindel        **Telephone:** (916) 498-5700 |

RE:    **Mervin Leroy LEE**
      **Docket Number:   2:03CR00127-01**
      <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

**Other Court Action:**         None

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.   The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.    ILLICIT DRUG USE (JULY 26, 2006)**

**Details of alleged non-compliance:**   On July 26, 2006, the offender submitted a random urine sample that returned positive for marijuana.

**United States Probation Officer Plan/Justification:**   On May 18, 2006, the offender released from custody to his wife's home in Camp Connell, California, a small mountain town approximately a two-hour drive from the nearest drug aftercare provider or testing facility.   Due to Lee's location and his release from custody without any funds, the probation officer has been testing the offender randomly during unannounced home contacts.

After submitting the positive drug test, Lee immediately admitted the use and explained that on the night of July 26, 2006, he and his wife "had a knock down drag out" verbal argument and he went to a local bar to play pool and drink beer.   While there, he was offered a marijuana cigarette and accepted.   The offender reported to the U. S. Probation Office in Modesto with his wife after the positive test result and was very remorseful and penitent.   His wife confirmed his violation behavior has created additional strain on their already delicate marriage.   During the office contact, the offender was instructed by the probation officer that during the remaining term of supervision, he is not to frequent any bar or establishment that sells alcohol as its chief item of sale.

Rev. 08/2006
VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG

RE:   **Mervin Leroy LEE**
      **Docket Number:   2:03CR00127-01**
      **REPORT OF OFFENDER NON-COMPLIANCE**


Initially, the probation officer considered requesting Your Honor issue a no-bail warrant for Lee due to his serious criminal history.  However, since his release, Lee has been compliant in all other areas, working full-time in an area that it is difficult to find work, and all of his other urine tests have returned negative.  The offender was informed that any further positive drug tests would result in a request for a no-bail warrant and a likely request for custody.  Subsequent urine samples have returned negative. Lee's term of supervision is scheduled to terminate in approximately nine months.  It is the probation officer's plan to test the offender on a more regular basis, hoping this continuity will give Lee more motivation to abstain from controlled substances.  It is respectfully recommended the Court take judicial notice of the offender's violation conduct with no further action being taken by the Court.

Respectfully submitted,


/s/ Casey Horner, Sr.


**CASEY HORNER, SR.**
**Senior United States Probation Officer**
Telephone:  (209) 574-9481

**DATED:**      September 15, 2006
               Modesto, California
               CKH:lr


**REVIEWED BY:**      /s/ Deborah A. Spencer
                     **DEBORAH A. SPENCER**
                     **Supervising United States Probation Officer**

RE:    **Mervin Leroy LEE**
       **Docket Number:   2:03CR00127-01**
       <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

---

**THE COURT ORDERS:**

( x )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.


Date:  September 16, 2006


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


cc:    United States Probation
      Richard J. Bender, Assistant United States Attorney
      Timothy L. Zindel, Assistant Federal Defender

Rev. 08/2006
VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG